# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE-LOUISE MBAYO,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM BETRE D.O., INC., et al.,<br><br>Defendants. | Case No. 1:23-cv-01062-SAB<br><br>ORDER GRANTING STIPULATED SUBSTITUTION OF PARTIES AND DIRECTING CLERK OF COURT TO UPDATE DOCKET<br><br>(ECF No. 5) |

On July 21, 2023, the parties filed as stipulation agreeing to substitute the United States in place of Defendant Dr. Kin M. Pang, also known as Dr. Andy Pang, and Defendant Dr. Abraham Betre for medical services he provided to Plaintiff Camille-Louise Mbayo at Altura Centers for Health in 2021. (ECF No. 5.) The United States is not substituting for Defendant Dr. Betre for surgical or other services that he provided to Plaintiff on June 8, 2021, at his private offices or June 11, 2021, at Tulare Regional Medical Center, or for any services performed by Defendant Dr. Abraham Betre, D.O., Inc.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States is substituted in place of Defendant Dr. Kin M. Pang, also known as Defendant Andy Pang;
2. The United States is substituted in place of Defendant Dr. Abraham Betre for medical services he provided to Plaintiff Camille-Louise Mbayo at Altura Centers

1

for Health in 2021;

3. Dr. Betre remains a separately named Defendant for services he provided to Plaintiff at his private offices on June 8, 2021, and for surgical or other services that he provided to Plaintiff on June 11, 2021, at Tulare Regional Medical Center ("Hospital");

4. Dr. Abraham Betre, D.O., Inc. also remains a separately named defendant; and

5. The Clerk of the Court is DIRECTED to update the docket by adding Defendant United States, and terminating Defendants Kin M. Pang, and Andy Pang.

IT IS SO ORDERED.

Dated:   **July 21, 2023**

UNITED STATES MAGISTRATE JUDGE